**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| INCORPORATED VILLAGE OF GARDEN CITY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-cv-5244 |
| GENESCO INC. and GORDON-ATLANTIC CORP., | ) ) ) | Judge Bianco Magistrate Judge Boyle |
| Defendants. | ) ) | |

## DECLARATION OF MELISSA BALLENGEE ALEXANDER

MELISSA BALLENGEE ALEXANDER declares and states as follows from her own personal knowledge:

1.      I am an attorney licensed to practice law in Tennessee.  I am currently practicing as a member at the law firm of Boult, Cummings, Conners & Berry, PLC, 1600 Division Street, Suite 700, P. O. Box 340025, Nashville, Tennessee 37203.  I am one of the counsel whom Genesco Inc. ("Genesco") has sought to represent it in this matter.  Along with Paul Alexis and James Periconi, I have been representing Genesco in its response to the United States Environmental Protection Agency and the New York State Department of Environmental Conservation regarding the same regional groundwater contamination alleged in this case.

2.      Since October 28, 1999, I have been, and presently am, a member in good standing of the Tennessee State Bar.  I filed a true and correct copy of A Certificate of Good Standing from the Tennessee Supreme Court with my motion for admission *pro hac vice*.  I am not now, nor have I ever been, a member of another state bar.

3.      I am also admitted to practice, and in good standing, before the following

federal courts:

| Court | Date Admitted |
|---|---|
| U.S. Supreme Court | November 7, 2005 |
| U.S. Court of Appeals, Sixth Circuit | April 28, 2003 |
| U.S. Court of Appeals, Seventh Circuit | May 2, 2003 |
| U.S. Court of Appeals, Eleventh Circuit | July 15, 2004 |
| U.S. District Court, Western District of Tennessee | December 16, 2004 |
| U.S. District Court, Middle District of Tennessee | October 4, 2000 |
| U.S. District Court, Southern District of Texas | February 3, 2006 |
| U.S. District Court, Eastern District of Arkansas | June 13, 2003 |
| U.S. District Court, Western District of Arkansas | June 13, 2003 |
| U.S. District Court, Western District of Kentucky | August 2, 2000 |

4.     I am not now, nor have I been, subject to any disbarment or suspension proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2008, at Nashville, Tennessee.

s/Melissa Ballengee Alexander
MELISSA BALLENGEE ALEXANDER

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Daniel Riesel, Sive, Paget & Riesel, 460 Park Avenue, New York, New York 10022; to Christopher J. McKenzie and Michael G. Murphy, Beveridge & Diamond, P.C., 477 Madison Avenue, 15th Floor, New York, New York 10022; and to James J. Periconi and Delight D. Balducci, Periconi, LLC, 708 Third Avenue, 17th Floor, New York, New York 10017.

s/Melissa Ballengee Alexander<br>
MELISSA BALLENGEE ALEXANDER

1828536 v1
034699-230  04/18/08