SIVE PAGET & RIESEL P.C.

David Yudelson
Direct Dial: (646) 378-7219
dyudelson@sprlaw.com

June 26, 2015

**Via Federal Express and ECF**
Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Inc. Village of Garden City v. Genesco Inc., et al.*, 07-CV-5244 and
*United States v. Genesco Inc.*, 09-CV-3917

Dear Judge Bianco:

Pursuant to the Court's June 19, 2015 Order, the Incorporated Village of Garden City (the "Village") respectfully submits the following status report. The Village is pleased to report that, since its April 7, 2015 status report, the Village and Genesco Inc. ("Genesco") have reached a settlement in principle of the Village's claims in *Inc. Village of Garden City v. Genesco Inc., et al.*, 07-CV-5244. While some details remain to be finalized concerning the Village's claims against Gordon-Atlantic Corp. and other matters, the parties are optimistic that those issues will be resolved.

If effectuated, the Village believes this settlement will help to facilitate the global resolution that it has long been seeking in both of the above-referenced matters. The Village and Genesco are working to memorialize the terms of their settlement in a final settlement agreement, and will provide report as to status of their progress as may be directed by the Court.

Sincerely,

David Yudelson

CC: Counsel for Defendant Genesco Inc. (via ECF)
Counsel for Gordon-Atlantic Corp. (via ECF)
Counsel for United States Environmental Protection Agency in *United States v. Genesco* (via email)